UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DARRYL FARMER, individually and, as Executive Director of the ORIGINAL BLACK PANTHERS, and WALTER GARRON, individually and as Executive Director of the BROWN BERETS, | **NOTICE OF VOLUNTARY DISMISSAL** |
| Plaintiffs, | Case Number: 2:21CV1423 |
| v. | |
| CAVALIER JOHNSON, Common Council President and 7th District Alderman for the City of Milwaukee, individually, and the CITY OF MILWAUKEE, a municipal corporation, and JANE DOE, individually and as a police officer for the City of Milwaukee, and JIM ROE, individually and as a police officer for the City of Milwaukee, | |
| Defendants. | |

    The Plaintiffs herein voluntary dismiss the above action without prejudice due to lack of prosecution and lack of cooperation from the City Attorney's office. The matter will be refiled and Defendant Cavalier Johnson will be personally served at the Mayor's Office. A Motion for Costs will filed due to the City's refusal to sign and return the Waiver of Service of Process pursuant to statute.

Dated this 12th day of July, 2022

                                          *Electronically signed by Walter W. Stern III*
                                          Walter W. Stern III
                                          Attorney for Plaintiffs
                                          State Bar No. 1014060
                                          920 85th Street, Unit 123
                                          Kenosha, WI 53143
                                          Telephone: (262) 880-0192
                                          Fax: (262) 997-1101
                                          wwstern111@gmail.com